**UNITED STATES of America,
Plaintiff-Appellant,**

v.

**Jeffrey Leonard HOLMES et al.,
Defendants-Appellees.**

No. 74–2419.

United States Court of Appeals,
Fifth Circuit.

Jan. 5, 1976.

William Stafford, U. S. Atty., Stewart J. Carrouth, Asst. U. S. Atty., Tallahassee, Fla., Mervyn Hamburg, App. Sec., Crim. Div., U. S. Dept. of Justice, Washington, D. C., for plaintiff-appellant.

Joseph S. Oteri, Martin G. Weinberg, Boston, Mass., for Ashley, and Willy Green.

Selig I. Goldin, Gainesville, Fla., for Holmes, Okus, Moody, Moody, Dewitt, and Williams.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

(Opinion October 8, 1975, 5 Cir., 1975, 521 F.2d 859).

Before BROWN, Chief Judge, WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, MORGAN, CLARK, RONEY, GEE and TJOFLAT, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

It is ordered that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.